FILED

APR 18 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )  No. 13-30066-DRH
)
vs. )  Title 26, United States Code,
)  Section 5861(d)
THOMAS LEE STANTON, )
)
Defendant. )

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT I

**Possession of Unregistered Destructive Device**

On or about April 17, 2013, in St. Clair County within the Southern District of Illinois,

**THOMAS LEE STANTON**,

defendant, knowingly possessed one or more destructive devices, to include a "cricket" bomb which is comprised of $CO_2$ cartridges, fuses and explosive powder, none of which were registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a)(8), 5845(f), 5861(d) and 5871.

### Forfeiture Allegation

A.  As a result of the violation described in Count 1 above, Thomas Lee Stanton, defendant, shall forfeit, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461, any firearm, including, but not limited to, any destructive device or its components, involved in said violation.

B.  As a result of the violation described in Count 1 above, Thomas Lee Stanton, defendant, shall forfeit, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States, Section 2461, any firearm, including, but not limited to, any destructive device, involved in or used in said violation.

**A TRUE BILL**



STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

WILLIAM E. COONAN
RANLEY R. KILLIAN
Assistant United States Attorneys

Recommendation: Detention