IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 13-cr-30066-DRH |
| | ) | |
| THOMAS LEE STANTON, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION TO DETERMINE COMPETENCY OF DEFENDANT

The United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and William E. Coonan and Ranley R. Killian, Assistant United States Attorneys, and pursuant to the provisions of Title 18, United States Code, Sections 4241(a), moves for a competency hearing of the Defendant.

1. On April 18, 2013, the Defendant was indicted for possession of unregistered explosives. (Doc. No. 1). The Defendant is detained pending trial. (Doc. No. 15).

2. As stated by the United States in its motion for detention, the Defendant, age 18, possessed four cricket bombs, two Molotov cocktails, and other explosive making components, as well as napalm. He also had literature of a violent nature and participated in paramilitary activities. (Doc. No. 5).

3. Based upon the above and information now known to the United States, the United States believes that the Defendant to be competent to understand the nature and consequences of the proceedings. However, in light of the charges and material involved, the United States respectfully requests that a competency hearing be held pursuant to 18 U.S.C. § 4241(a), which states in pertinent

part: "At any time after the commencement of a prosecution for an offense . . ., the defendant or attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant."

    4.    "The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." *Id.*

Wherefore, the United States respectfully requests that this Court conduct a hearing to determine the Defendant's competency pursuant to 18 U.S.C. § 4241(a).

    Respectfully submitted,

    UNITED STATES OF AMERICA

    STEPHEN R. WIGGINTON
    United States Attorney

    /s/ *William E. Coonan*
    WILLIAM E. COONAN
    RANLEY R. KILLIAN
    Assistant United States Attorneys
    Nine Executive Drive
    Fairview Heights, Illinois  62208-1344
    618.628.3700
    618.628.3720 (fax)

## CERTIFICATE OF SERVICE

   I hereby certify that on May 21, 2013, I caused to be electronically filed **United States' Motion to Determine Competency** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:  Mr. Thomas C. Gabel, Assistant Federal Public Defender.

                        Respectfully submitted,

                        *s/ William E. Coonan*
                        WILLIAM E. COONAN
                        Assistant United States Attorney