IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 13-30066-DRH-1 |
| THOMAS LEE STANTON, | ) |
| Defendant. | ) |

## DEFENDANT RESPONSE TO MOTION TO DETERMINE COMPETENCY OF DEFENDANT

COMES NOW Defendant by and through his attorney Thomas C. Gabel, Assistant Federal Public Defender for the Southern District of Illinois, and enters his response to the United States Motion. In response to said motion, defendant states:

1. Defendant and his attorney believes that the defendant is competent to proceed in this matter and does not plan to raise this issue in future proceedings.

2. It is the Government right to request a hearing on the issue of mental competency under 18 U.S.C. § 4241(a).

Wherefore, the defendant request that the Court proceed in the Government's request for a hearing under 18 U.S.C. § 4241(a)

Respectfully submitted,

/s/ Thomas C. Gabel
THOMAS C. GABEL
Assistant Federal Public Defender

650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
THOMAS LEE STANTON

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

William E. Coonan
Assistant United States Attorney
9 Executive Drive, Suite 300
Fairview Heights, IL 62208

via electronic filing with the Clerk of the Court using the CM/ECF system this 30th of May, 2013.

*/s/ Thomas C. Gabel*
*THOMAS C. GABEL*