IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                          13-CR-30066-DRH-CJP

THOMAS LEE STANTON,

        Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On November 14, 2013, this court entered an order for forfeiture against defendant Thomas Lee Stanton for the following property which had been seized from the defendant:

> **Any firearms, including, but not limited to, any destructive device, involved in or used in said violation, included, but not limited to, Molotov cocktails, bomb making components and paraphernalia, and "cricket" bombs comprised of $CO_2$ cartridges, fuses, and explosive powder.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 16, 2014, and ending May 15, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that

no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on November 14, 2013, namely:

> **Any firearms, including, but not limited to, any destructive device, involved in or used in said violation, included, but not limited to, Molotov cocktails, bomb making components and paraphernalia, and "cricket" bombs comprised of $CO_2$ cartridges, fuses, and explosive powder.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the property custodian for the Federal Bureau of Investigation.

**DATE: August 5, 2014**

Digitally signed by
David R. Herndon
Date: 2014.08.05
09:31:33 -05'00'

**Chief Judge
United States District Court**